IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      No. 4:05CR00259-01 JLH

MOHAMED BANGURA                                                   DEFENDANT

## ORDER

Mohamed Bangura has filed a motion for early termination of his supervised release. Title 18 section 3583(e)(1) provides that the Court may, after considering relevant factors in section 3553(a), terminate a term of supervised release and discharge the defendant released at any time after expiration of one year of supervised release, provided that the Court is satisfied that such action is warranted by the conduct of the defendant in the interest of justice. Here, considering all of the relevant factors, the Court does not believe that supervised release should be terminated at this time. Therefore, Mohamed Bangura's motion for early termination of supervised release is DENIED. Document #237.

IT IS SO ORDERED this 16th day of May, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE