IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　No. 4:05CR00259-05 JLH

HENRY JONES

## **ORDER**

Henry Jones's motion for early termination of supervised release is GRANTED without objection. Document #243. Jones is hereby discharged and released from further supervision.

IT IS SO ORDERED this 29th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE